Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice:  (503) 543-2900
Fax:  (503) 543-3676

   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NANCY L.,[1]        Case No.  6:20-cv-01928-AC

      Plaintiff,

  v.

COMMISSIONER, SOCIAL        ORDER
SECURITY ADMINISTRATION,

      Defendant.

---

Based on the stipulation of the parties and Plaintiff's application, it is ORDERED that attorney fees in the amount of $10,321.02 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $400 under 28 U.S.C. § 1920, are awarded to Plaintiff.  The parties agree that Plaintiff has assigned the EAJA attorney fees to Plaintiff's attorney.  The attorney fees shall be paid to Plaintiff's attorney, subject to verification that Plaintiff does not

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the nongovernmental party in this case.

ORDER - 1

have a debt which qualifies for offset against the EAJA fees under the Treasury Offset Program, as discussed in Astrue v. Ratliff, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check for attorney fees shall be made payable to Plaintiff's attorney, Laurie B. Mapes. If Plaintiff has such a debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff. The check, regardless of the named payee, shall be mailed to Plaintiff's attorney, Laurie B. Mapes, at P.O. Box 1241, Scappoose, Oregon, 97056. The $400 check for reimbursement of the filing fee shall be made payable to Plaintiff and mailed in care of Plaintiff's attorney, Laurie B. Mapes, at the address above.

DATED this 21st day of April, 2022.

_____
JOHN V. ACOSTA
United States Magistrate Judge

SUBMITTED BY:

s/ Laurie B. Mapes
Laurie B. Mapes
OSB # 841670
(503) 543-2900
Attorney for Plaintiff

ORDER - 2